| | | | |
|---|---|---|---|
| | AUSA: Diane Princ | | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Bryan Shanley Sack | Case No. | Case: 2:26−mj−30267<br>Assigned To : Unassigned<br>Assign. Date : 5/12/2026<br>Description: CMP USA V. SACK (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 13, 2026 _____ in the county of _____ Washtenaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Christensen, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 12, 2026 _____

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### Introduction and Agent Background

1.      I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Bryan Shanley Sack** for violations of 18 U.S.C. §§ 2252A(a)(2)(A), receipt of child pornography and 2252A(a)(5)(B), possession of child pornography.

3.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information,

1

and my experience, training and background as a Special Agent.

4.      This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Sack** has violated 18 U.S.C. § 2252A.

### Probable Cause

5.      On January 13, 2026, a detective with the Ann Arbor Police Department received CyberTip #224629991 from the National Center for Missing and Exploited Children (NCMEC). NCMEC is a private, non-profit corporation whose mission, which is authorized by Congress, is to help find missing children, reduce child sexual exploitation, and prevent child victimization. CyberTips are voluntary reports made by Electronic Service Providers, such as Dropbox Inc., to NCMEC when they encounter evidence of child exploitation on their services.

6.      In this case, the Dropbox Inc. reported CyberTip #224629991 to NCMEC on December 1, 2025. The CyberTip listed an email address of "bryan.sack@gmail.com" as well as a screen/username of Bryan Sack. The CyberTip also contained one file of an image depicting child pornography. The detective noticed that there were four additional CyberTips (224630966, 224626538, 224629692 and 224628179) attached by NCMEC. All of the additional CyberTips were also reported by Dropbox Inc., and contained the same email and username as the original tip.

2

7.      Dropbox uploaded a total of over forty image files related to these tips to NCMEC. I have reviewed the files and confirmed that they depict material meeting the federal definition of child pornography. Three of the files are described below:

- File name gu-027-066.jpg: This is an image file depicting a female, approximately between the ages of 9-12 years old. The female is observed lying on her back, completely nude, with her feet over her head. Her chest, genitals and anus are exposed and the focus of the camera. There is no pubic hair/breast development, and I can see that her adult teeth have just begun to grow in and some pediatric teeth are still visible.  The watermark for the LS-Models website is seen in the upper left corner of the image.

- File name gu-027-061.jpg: This is an image file that appears to be of the same minor female described in the file above, approximately between the ages of 9-12 years old. The female is observed lying on her back, completely nude, looking at the camera, with her legs spread with her genitals and anus the focus of the camera.  There is no public hair/breast development.  The watermark for the LS-Models website is seen in the upper left corner of the image.

- File name ml42a065.jpg: This is an image file that appears to be acquired from "magic-lolita.com," as the watermark for the website is seen in the upper left corner of the website.  The image is of a different female than described above.

3

The image depicts a female, approximately between the ages of 9-12 years old. The female is posing, fully nude on a shelf in front of a mirror with one leg up by her chest and the other down by the floor, spreading her legs. Both her chest and genitals are exposed and the focus of the camera. There is no breast or pubic hair development.

8.     Following these CyberTips, law enforcement agents queried the four IP addresses listed in the CyberTips to determine the user's geographic location. The three of the IP addresses showed Ann Arbor, Michigan as their geolocation with an Internet Service Provider (ISP) of AT&T. The fourth address showed a geolocation of Toledo, Ohio with an ISP of Catholic HealthCare Partners, Mercy Health.

9.     Due to the CyberTip containing a Google email address, the Ann Arbor Police Department sought a state search warrant to obtain the contents of the Google Drive as well as user information. The search warrant was authorized on January 14, 2026 and submitted to Google.

10.     The Google return confirmed the email address bryan.sack@gmail.com belonged to **Bryan Sack**. The Ann Arbor Police Department also located information showing **Bryan Sack** owned a MEGA account, which, based on my training and experience, is commonly used to store child pornography online.

11.     To date, law enforcement agents have not located any child pornography in the Google account.  However, law enforcement agents located an

4

image of the Michigan Driver's License of **Bryan Shanley Sack**, residence address 1XX5 Hermitage, Ann Arbor, Michigan 84104. In addition, an email chain between **Bryan Sack** and Dropbox support was found. In the email, **Sack** reported that "my dropbox was inactivated. I think it was hacked. There was a lot of erroneous activity on it this morning." Dropbox Support replied that the account was deactivated due to violations of Dropbox terms of service agreement. **Sack** replied, "Thanks. Not sure what is going on honestly. I just got a new computer and a whole bunch of stuff was off when I was trying to install dropbox and some other applications." **Sack** also stated that he believed something was compromised and inquired how to reactivate his account. It should be noted that the emails to Dropbox were date stamped for December 1, 2025, the same day the NCMEC tips were generated.

12.     Ann Arbor Police next obtained a search warrant for the contents of the Dropbox account associated with bryan.sack@gmail.com which was authorized on January 21, 2026. Dropbox provided the requested contents via a PDF containing user metadata and fourteen zip files which contained over 850 GB of data.  However, not all of the files provided by Dropbox were able to be downloaded due to errors. I later obtained a federal search warrant to obtain the full Dropbox account information which was authorized in the Eastern District of Michigan on March 18, 2026 (Docket Number 26-50272-2.)

13.     The PDF file containing user metadata from the Dropbox account indicated the user's full name as Bryan Sack, with an email of

5

bryan.sack@gmail.com, an ESP ID of 39791622, and a phone number of 734-XXX-9626. The metadata also displayed four IP addresses used to log into the account which were the same four IP addresses listed in the initial CyberTips.

14.    Law enforcement agents reviewed the contents and found a large quantity of pornographic images; however, they were very obviously of adult females. There were also numerous images of surgical procedures, including images/videos of similar procedures/pediatric ailments, depicting close-up images of children's genitals. From my investigation into this case, including my conversations with **Sack's** former employer, it was a violation of the terms of **Sack's** hospital employment to have these images/videos on his personal electronic devices and/or cloud storage accounts such as his Dropbox account.

15.    In the sixth zip file, agents located a large quantity of images depicting minor girls in various states of undress. The girls appeared to range in age from approximately 8-18 years old, but the vast majority appeared to be approximately 13-16 years old. The images depict the girls nude and in erotic positions, including, for example, posing in front of stripper poles, beach settings, and tropical rain forests. Although the images do not display sexual acts, many do display the girls' breasts, genitals, and anuses and make those areas the focus of the camera.

16.    From my review of the Dropbox account return, I have found it to contain 1291 files that meet Federal definition of child pornography (including the files that were reported by NCMEC mentioned above), and 27864 files that are age

6

difficult or child exploitative. The 1291 files that meet the federal definition of child pornography include images that depict nude minor, including prepubescent, children in which the focus of the camera is on the minors' genitals. For example, the three images described above, which all come from the LS magazine series of known child pornography images, were all seen in the Dropbox account.

17.     In addition, the same sixth zip file from the Dropbox account contained a sub-folder labeled "other." Inside that folder were thirty-two folders beginning with the letters "LS." In my training and experience with over 100 child exploitation investigations, I have encountered the LS series, including LS-Models and Magic-Lolita as described above, and am aware that it often refers to LS Magazine, an Eastern European magazine that previously distributed material that meets the federal definition of child pornography. I am familiar with the style of the LS series images, which often depict Caucasian, nude prepubescent girls in erotic poses, including in front of stripper poles or in outfits typically seen on adult women in erotic poses, and in which the focus of the camera is on the minors' nude genitals. I am also aware that the images from the LS series originate from outside the United States, specifically Eastern Europe, and that subjects with a sexual interest in children download these images from the internet, where they are still shared and traded by other users. In this case, each of the folders (that were purposely hidden within their own sub-folder) in the Dropbox account were labeled with titles including, "ls-little virgins," "ls-little models," "ls-last virgins," and most notably,

7

"ls-magic lolita," which is consistent with the files provided in the initial NCMEC tip.

18.     I have reviewed the images with the LS label from the Dropbox account and conclude that they meet the federal definition of child pornography, because they depict minor girls with their genitals exposed and the focus of the camera. I also believe, based on my training and experience and review of these specific "LS" images from the Dropbox account, that these images originated from the known LS series that was made outside the United States, because I am familiar with that series and recognize the images in the Dropbox account as coming from that LS series. Because these images were found in the Dropbox account connected to **Sack**, there is probable cause that he received them over the internet or through other means of interstate commerce.

19.     Lastly, this investigation has revealed additional evidence connecting **Sack** to the initial CyberTips. Law enforcement agents obtained a state search warrant for the three IPv6 IP addresses that were owned by AT&T, as well as telephone number 734-XXX-9626 on February 5, 2026. The return information from AT&T showed the IP addresses were leased to **Bryan Sack**, 1XX5 Hermitage, Ann Arbor, Michigan. The phone number was also subscribed to by **Bryan Sack** at the same residence address.

20.     Open-source information was used to confirm the image of the driver's license for **Bryan Shanley Sack** located in the Google search warrant described

8

above in paragraph 11. This search showed a record for **Bryan Shanley Sack** at 1XX5 Hermitage, Ann Arbor, Michigan. Open-source information showed that in December 2025, **Bryan Shanley Sack** was employed as the Chief of Pediatric Urology at Nationwide Children's Hospital in Toledo, Ohio, which is the same geographic area as the fourth IP address from the CyberTips described above in Paragraph 8.

### Conclusion

21.     Based on the foregoing, there is probable cause to believe that **Bryan Shanley Sack** has received child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and has possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date:   May 12, 2026

9